# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 7, 2013

## NO. 03-12-00540-CR

Rockelle LaShawn Parker, Appellant

v.

The State of Texas, Appellee

**APPEAL FROM 27TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
MODIFIED AND, AS MODIFIED, AFFIRMED --
OPINION BY JUSTICE PEMBERTON**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment, but that such error does not require the judgment be reversed: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is modified to reflect that Rockelle LaShawn Parker pleaded not true to paragraph A of the motion to revoke and true to paragraphs B, C, and D of the motion to revoke. As so modified, the judgment of the trial court is affirmed. It **FURTHER** appearing to the Court that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.